No. 650. R. C. Tway Coal Co. et al. *v.* Clark. December 23, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Charles I. Dawson* for petitioners. *Solicitor General Reed* and *Assistant Attorney General Dickinson* for respondent.

No. 599. Leahy *v.* State Treasurer et al. January 6, 1935. Petition for writ of certiorari to the Supreme Court of Oklahoma granted. *Mr. C. S. Macdonald* for petitioner. *Messrs. C. D. Cund* and *C. W. King* for respondents.

No. 363. Levy *v.* Irving Trust Co., Trustee in Bankruptcy. See *ante,* p. 539.

No. 128. Linderholm *v.* Kansas. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Kansas and motion for leave to proceed further *in forma pauperis* denied. *Mr. Justus B. Linderholm, pro se.* No appearance for respondent.

No. 153. Love *v.* Nordbye, Judge. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. H. R. Love, pro se.* No appearance for respondent.